**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 21-12986 |
| AJT SERVICES, INC., ) | Chapter 11 |
| ) | Judge Carol Doyle |
| Debtor. ) | |
| ) | |

**NOTICE OF APPEARANCE, DEMAND FOR SERVICE OF PAPERS, AND DEMAND TO BE ADDED TO THE GENERAL SERVICE LIST/MAILING MATRIX**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Daniel S. Rubin enters his Appearance for and on behalf of BMO HARRIS BANK N.A.  The undersigned requests to be added to the mailing matrix/general service list in this case, and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

Daniel S. Rubin (ARDC#6293669)
Howard & Howard Attorneys, PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL   60604
Telephone:  (312) 456-3448
Facsimile:  (312) 939-5617
E-mail:  drubin@howardandhoward.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand included, without limitation, all orders, notices, notices of hearings, applications, motions, petitions, pleadings, plans requests, complaints or demands whether formal or informal, whether written or oral, and whether served, transmitted, or conveyed by regular mail, electronic mail, hand delivery, telephone, facsimile or otherwise.

Dated:  November 19, 2021

        HOWARD & HOWARD ATTORNEYS, PLLC

/s/     *Daniel S. Rubin*
Daniel S. Rubin (ARDC#6293669(
Howard & Howard Attorneys, PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL   60604
Telephone: (312) 456-3448
Facsimile:  (312) 939-5617
E-Mail:  drubin@howardandhoward.com
Attorney for BMO HARRIS BANK N.A.